UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| RICHARD M. NAULT | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. C-04-479-PB |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ASSENTED-TO MOTION TO EXTEND TIME FOR FILING REPLY

NOW COMES Plaintiff, Richard M. Nault, by and through his attorneys, Sheehan, Phinney, Bass + Green, P.A., and makes this Assented-to Motion to Extend Time for Filing Reply, stating in support as follows:

1. Defendant filed an Objection to Plaintiff's Motion for Summary Judgment on December 23, 2005 via ECF. Pursuant to Fed. R. Civ. Pro 6(d), (e) and L.R. 6.1, Plaintiff has until January 13, 2006 to submit his reply.

2. Plaintiff needs additional time to address the issues raised in Defendant's Objection and to properly present the necessary documents to support his position. Plaintiff requests an additional week, until January 20, 2006, to submit his reply.

3. Defendant's counsel, Stephen J. Turanchik, Esq., assents to the relief requested herein.

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Grant Plaintiff an additional week, until January 20, 2006 to submit his Reply; and

B. Grant such other in further relief in Plaintiff's favor as may be proper and just.

Respectfully submitted,

**RICHARD M. NAULT**

By His Attorneys,

**SHEEHAN PHINNEY BASS & GREEN,
PROFESSIONAL ASSOCIATION**

Dated:  January 12, 2006 By:   /s/  Robert R. Lucic
Robert R. Lucic (No. 9062)
Peter Beach (No. 7861)
Michael G. Valentine (No. 16506)
1000 Elm Street, P.O. Box 3701
Manchester, NH  03105-3701
(603) 627-8188
rlucic@sheehan.com
pbeach@sheehan.com
mvalentine@sheehan.com

## CERTIFICATION

I hereby certify that a copy of the foregoing Assented-To Motion to Extend Time for Filing Reply was served on the following persons on this date and in the manner specified herein:

Via ECF:

Stephen J. Turanchik
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Via First Class Mail:

Thomas R. Colantuono
United States Attorney
55 Pleasant Street
Concord, NH  03301

     /s/  Robert R. Lucic
Robert R. Lucic

2