**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**Richard M. Nault**

    **v.**                            Case No. 04-cv-479-PB

**United States of America**


**O R D E R**

    The briefing is not adequate to permit a reliable resolution of the issues raised by the pending motions.  Both motions (doc. no. 9 and 10) are denied without prejudice.  The clerk shall set a status conference.  The parties shall be prepared at the conference to describe the legal arguments on which they intend to base their motions for summary judgment.  The court will set a schedule for the refiling of summary judgment motions at the conference.

    SO ORDERED.

                                                    /s/Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

March 14, 2006

cc:  Robert Lucic, Esq.
     Stephen J. Turanchik